1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | ARDEN EARL STARK,                    No. 2:15-cv-0804 DAD P
12 |         Petitioner,
13 |    v.                                 ORDER
14 | KIM HOLLAND,
15 |         Respondent.
16

17    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18 corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his
19 application, petitioner challenges a judgment of conviction issued by the Kings County Superior
20 Court.  Kings County is part of the Fresno Division of the United States District Court for the
21 Eastern District of California.  See Local Rule 120(d).
22    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23 division of a court may, on the court's own motion, be transferred to the proper division of the
24 court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court
25 will not rule on petitioner's request to proceed in forma pauperis.
26    Good cause appearing, IT IS HEREBY ORDERED that:
27    1. This court has not ruled on petitioner's request to proceed in forma pauperis;
28 /////

1

1        2.  This action is transferred to the United States District Court for the Eastern District of
2   California sitting in Fresno; and
3        3.  All future filings shall reference the new Fresno case number assigned and shall be
4   filed at:
   
    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

7   Dated:  April 27, 2015

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

    DAD:10/md
    star0804.109

2