# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN EARL STARK, | Case No. 1:15-cv-00651-LJO-SMS  HC |
|     Petitioner, | ORDER RE: MOTION FOR CLARIFICATION |
|   v. | (Doc. 11) |
| KIM HOLLAND, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 20 U.S.C. § 2254. On October 8, 2015, the Court issued an order requiring Respondent to file a response within sixty days and allowed Petitioner to file a reply or opposition within thirty or twenty-one days of Respondent's response, depending on whether the response was an answer or a motion to dismiss. Doc. 8. Petitioner filed a motion for clarification. Doc. 11. He is unclear as to what is required of him at this time, and under what case number he should file.

Petitioner is advised that he is not required to do anything at this time. Respondent Kim Holland, represented by the California Attorney General, filed an answer on December 4, 2015. Doc. 12. Therefore, Petitioner *may* file a reply to Respondent's answer on or before January 4, 2016. However, Petitioner is not required to file a reply. Petitioner may also file a request for extension of time to file a reply, if desired.

1

Anything filed in this case shall bear the case number and caption above. After the time to file a reply has passed, the Court will address the merits of the petition.


IT IS SO ORDERED.

Dated:   **December 11, 2015**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE